IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID HULCE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-cv-00054-ALM |
| | § | |
| MAPLETREE TRANSPORTATION, | § | |
| INC., FOREST RIVER, INC. and | § | |
| REUBEN TONEY MURR | § | |
| | § | |
| *Defendants.* | § | |

**JOINT REPORT REGARDING STATUS OF SETTLEMENT NEGOTIATIONS**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff David Hulce ("Plaintiff") and Defendants Mapletree Transportation, Inc., Forest River, Inc. and Reuben Toney Murr and file this Joint Report Regarding Status of Settlement Negotiations, and would respectfully show the Court as follows:

The parties have reached a settlement in this case and are in the process of preparing the Settlement Agreement and Release and Stipulation of Dismissal with Prejudice.

Respectfully submitted,

COX P.L.L.C.

By:  */s/ Lindsay G. Gorbach*
**LINDSAY G. GORBACH**
Texas Bar No. 24059839
lgorbach@coxpllc.com

7859 Walnut Hill Lane, Suite 310
Dallas, Texas 75230
(469) 340-1205
(469) 340-1884 (facsimile)

**ATTORNEY FOR DEFENDANTS**

-and-

**REYES | BROWNE | REILLEY**

By: */s/ Spencer P. Browne*
**SPENCER P. BROWNE**
Texas Bar No. 24040589
spencer@reyeslaw.com

5950 Berkshire Lane, Suite 410
Dallas, Texas 75225
(214) 526-7900
(214) 526-7910 (facsimile)

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was forwarded to counsel of record for Plaintiff in accordance with the Federal Rules of Civil Procedure on December 5, 2018:

Spencer P. Browne
Reyes Browne Reilley
5950 Berkshire Lane, Suite 410
Dallas, Texas 75225

*/s/ Lindsay G. Gorbach*
**LINDSAY G. GORBACH**