# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **DAVID HULCE,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 4:18-cv-00054-ALM |
| § | |
| **MAPLETREE TRANSPORTATION,** § | |
| **INC., FOREST RIVER, INC. and** § | |
| **REUBEN TONEY MURR** § | |
| § | |
| *Defendants.* § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiff is David Hulce; Defendants are Mapletree Transportation, Inc., Forest River, Inc. and Reuben Toney Murr.

2. This suit was filed in this court on January 22, 2018.

3. Plaintiff and Defendants jointly move to dismiss the suit.

4. This is not a class action.

5. A receiver has not been appointed in this suit.

6. This suit is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not previously dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is with prejudice to refiling.

9. The parties will bear their own attorney's fees and court costs.

Respectfully submitted,

**COX P.L.L.C.**

By: */s/ Lindsay G. Gorbach*
    **LINDSAY G. GORBACH**
    State Bar No. 24059839
    lgorbach@coxpllc.com

7859 Walnut Hill Lane, Suite 310
Dallas, Texas 75230
(469) 340-1205
(469) 340-1884 (facsimile)

**ATTORNEY FOR DEFENDANTS**

- and -

**REYES | BROWNE | REILLEY**

By: */s/ Spencer P. Browne*
    **SPENCER P. BROWNE**
    State Bar No. 24040589
    spencer@reyeslaw.com

5950 Berkshire Lane, Suite 410
Dallas, Texas 75225
(214) 526-7900
(214) 526-7910 (facsimile)

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing document was served on all counsel of record via CM/ECF, in accordance with the Federal Rules of Civil Procedure, on December 14, 2018.

    */s/ Lindsay G. Gorbach*
    **LINDSAY G. GORBACH**