IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID HULCE, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-00054-ALM |
| MAPLETREE TRANSPORTATION, INC., FOREST RIVER, INC. and REUBEN TONEY MURR | § § § § § | |
| *Defendants.* | § § | |

## ORDER ON STIPULATION OF DISMISSAL

Before the Court is the "Stipulation of Dismissal" filed on December 14, 2018. Pursuant to the joint representations made in this pleading, it is hereby **ORDERED** that all causes of action asserted by the Plaintiff David Hulce against Defendants Mapletree Transportation, Inc., Forest River, Inc. and Reuben Toney Murr in this civil action be and hereby are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all attorney fees and costs are to be borne by the party that incurred them.

**SIGNED** this 17th day of December, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE